AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

EDDIE GEIGER,

        Plaintiff,

        **V.**

CAPTAIN DANIELS, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:
CV 125-227

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated December 1, 2025, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion, and Plaintiff's complaint is dismissed without prejudice. This case stands closed.

12/1/2025
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03